IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRENDA MARCH and ELEANOR GRAZIANO, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>v.<br><br>FIRST CHOICE MEDICAL, PLLC<br><br>        Defendant. | Civil Action No.: 15-cv-3669(GRB)<br><br>**STIPULATION OF VOLUNTARY DISMISSAL OF CLAIMS WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED by and between the parties that the above-captioned action is hereby dismissed with prejudice against defendant First Choice Medical, PLLC pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

Dated: January 25, 2017

_/s/ [signature]_  
Innessa S. Melamed  
**FARUQI & FARQUI, LLP**  
685 Third Avenue, 26th Floor  
New York, NY 10017  
(212) 983-9330  
imelamed@faruqilaw.com

Adam Gonnelli  
**THE SULTZER LAW GROUP**  
280 Highway 35, Suite 304  
Red Bank, NJ 07701  
(732) 741-4290  
gonnellia@thesultzergroup.com

Ty Frankel  
**BONNETT FAIRBOURN FRIEDMAN & BALINT, P.C.**  
2325 E. Camelback Rd., Ste. 300  
Phoenix, AZ 85016  
(602) 274-1100  
tfrankel@bffb.com

*Attorneys for Plaintiffs*

_s/_  
Eric S. Tilton  
**TILTON BELDNER LLP**  
626 RxR Plaza  
Uniondale, New York 11556  
(631) 629-5291  
Email: etilton@tiltonbeldner.com

*Attorneys for Defendant*

Dated: 3/7/2017

**SO ORDERED**

/s/ Gary R. Brown, USMJ
_____